Richard E. Crawforth
rec-7tte@cableone.net
410 So. Orchard St., Suite 172
Boise, ID  83705
Telephone:  (208) 424-8188
Facsimile:  (208) 344-0785
Chapter 7 Bankruptcy Trustee

United States Bankruptcy Court

District of Idaho

| In Re: | ) | |
|---|---|---|
| ETG CORPORATION | ) ) ) | Case No. 05-05344 JDP |
| | ) ) | Chapter 7 |
| Debtor(s) | ) ) | |

TURNOVER OF FUNDS TO COURT

The Court having ordered distribution of the assets of the above entitled case and funds remaining after such distribution, the Trustee turns over to the Clerk of the U.S. Bankruptcy Court the following funds for the reason stated below:

1. The following represents funds paid the Court pursuant to Bankruptcy Rule 3010.

| Creditor | Claims | Amount Not Disbursed |
|---|---|---|
| | | Total: |

2. The following funds represent disbursements to creditors that were not claimed within 90 days and are therefore paid to the Court pursuant to 11 U.S.C. § 347 (a)

| Creditor | Check No | Dated | Amount |
|---|---|---|---|
| NON-ESTATE FUNDS Turned over to Skystar Aircraft Corp., check returned to Trustee as undeliverable; no forwarding address | 105 | 05/06/09 | $1,342.94 |

Total: $1,342.94

TOTAL AMOUNT REMITTED: $1,342.94

DATED:  May 21, 2009                  /S/  Richard E. Crawforth
                                      Richard E. Crawforth
                                      Trustee

TURNOVER OF FUNDS TO COURT  05-05344 JDP