Richard E. Crawforth
rec-7tte@cableone.net
410 So. Orchard St., Suite 172
Boise, ID  83705
Telephone:  (208) 424-8188
Facsimile:  (208) 344-0785
Chapter 7 Bankruptcy Trustee

**U.S. COURTS**

**MAY 26 2009**

Rcv'd_____ Filed_____ Time_____
CAMERON S. BURKE
CLERK, DISTRICT OF IDAHO

United States Bankruptcy Court

District of Idaho

In Re:                                    )
                                          )
ETG CORPORATION                           )    Case No. 05-05344 JDP
                                          )
                                          )    Chapter 7
                                          )
                                          )
        Debtor(s)                         )

**TURNOVER OF FUNDS TO COURT**

The Court having ordered distribution of the assets of the above entitled case and funds remaining after such distribution, the Trustee turns over to the Clerk of the U.S. Bankruptcy Court the following funds for the reason stated below:

1. The following represents funds paid the Court pursuant to Bankruptcy Rule 3010.

| Creditor | Claims | Amount Not Disbursed |
|---|---|---|
|  |  | Total: |

2. The following funds represent disbursements to creditors that were not claimed within 90 days and are therefore paid to the Court pursuant to 11 U.S.C. § 347 (a)

| Creditor | Check No | Dated | Amount |
|---|---|---|---|
| NON-ESTATE FUNDS<br>Turned over to Skystar<br>Aircraft Corp., check returned<br>to Trustee as undeliverable; no<br>forwarding address | 105 | 05/06/09 | $1,342.94 |

Total: $1,342.94

TOTAL AMOUNT REMITTED: $1,342.94

DATED: May 21, 2009

/S/ Richard E. Crawforth
Richard E. Crawforth
Trustee

FEE PAID
54314

TURNOVER OF FUNDS TO COURT   05-05344 JDP